UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOSE ENRIQUEZ MARTINEZ III,**

Plaintiff,

v. **No. 4:26-cv-00521-P**

**OFFICER ANDREW PITTAWAY #348, ET AL.,**

Defendants.

# ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 11. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that this case is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

**SO ORDERED** on this **14th day of August 2026.**

Mark T. Pittman

Mark T. Pittman
UNITED STATES DISTRICT JUDGE